IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DON CARNELL BATCHELOR, JR.,<br><br>Defendant. | Case No. 3:24-cr-00134-HEH-01 |

## STATEMENT OF FACTS

The United States and the defendant, DON CARNELL BATCHELOR, JR. (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On or about August 20, 2021, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant knowingly, intentionally and unlawfully distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

2. On August 20, 2021, SN contacted defendant to ask defendant to obtain user quantities of cocaine and "heroin," which was actually fentanyl, for SN, who was coming into town for a short visit. Defendant met SN at approximately 2:00 p.m. in the area of 2310 Mechanicsville Turnpike, Richmond, Virginia, which is located in the Eastern District of Virginia, where defendant provided the user quantities of cocaine and fentanyl to SN. At or about 11:30 p.m., SN went into the bathroom at his parents' home and used a quantity of the cocaine and fentanyl defendant distributed to SN and overdosed. SN was found deceased in the

bathroom at 7:30 a.m. on August 21, 2021. The medical examiner determined that the *but for* cause of SN's death was cocaine and fentanyl toxicity.

3. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

4. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Erik S. Siebert
United States Attorney

Date: 8/27/2025    By: _____
Olivia L. Norman
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, DON CARNELL BATCHELOR, JR., and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____  8-27-25
DON CARNELL BATCHELOR, JR.

I am the attorney for DON CARNELL BATCHELOR, JR. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Carolyn V. Grady
Counsel for the Defendant