DEFENDANT'S
EXHIBIT

1

Hello your honor,

My name is Aleah Batchelor and I am the daughter of Don Batchelor. I am currently enrolled at Virginia State University for forensic psychology. My dad is my best friend and has always been my number one supporter. I was abused by my mother growing up until my senior year of high school and my dad was the first person to help get me out of that toxic environment. I'm very close with my dad and can go to him about any and everything with no problem. I consider my dad a straight forward and honest man. In my eyes he was always there for others whenever they needed something, even if he didn't have everything himself. Despite my dad's legal history, I can definitely say that he has a good heart deep down and truly wants the best for himself, his family, and his kids. He hasn't had the easiest life or the perfect record, but I know his biggest priority is getting his life together and continuing to do his job as a father. Not only do I wish the best for him during this time, but as a female and a freshman in college, I need my dad to be there for the things that only he can do. I lost so many memories that I wish I could have with him due to personal and family issues. Although I am 18 and a legal adult now, I want my dad to be there to teach me how to drive, I want him to help me throughout college, I want to be able to go to him about my silly boy issues. However, he also has two other kids who need their dad in their life and still have a chance to have those memories I didn't get. My dad has repeatedly broke down to me and apologized for the fact that he wishes he could be "a better father" but in my eyes he's the best dad I've ever met. This charge doesn't make me look at my dad any other way, because regardless if he did it or not he never stopped being a dad. When my mom kicked me out at three in the morning, my dad stopped working and immediately came and got me. When my mom wouldn't take me to school, my dad made sure I got there. My dad called me every night and day when I started living with one of my best friends to make sure I was still going to school, eating, and was safe even if he was working. My dad was working a 24/7 towing job and was barely getting any sleep; but he still always made sure his "baby girl" got to school on time, ate, was warm, and mentally okay. He was on the verge of losing it; he was getting absolutely no sleep, he looked mentally drained, but he made sure if I had to be at the courthouse at eight in the morning to press charges against my mom, he was there to help me get it done. My dad is not only my best friend and my super hero, but he is the true definition of a "make it happen" dad. Thank you for taking your time to read this letter and listening to a true opinion on him.


-Aleah Batchelor