DEFENDANT'S EXHIBIT 2

Nov. 1, 2025

To the Honorable Henry E. Hudson

My name is Carolyn Fleming. Don Batchelor is my son. Don was raised in a loving family with me his step-dad and sister.

I am aware of the seriousness of the charges Don is facing.

Don is a caring, loving, friendly and trustworthy son. He has many great qualities. He works on cars, electronics and a great cook.

His ambitions in life is to own his own tow truck.

He has express to me sincere remorse for his actions and he has to face the responsibility for it. He is my son and I love him and will be here to support him and encourage him along with family & friends to continue to be a productive member of society. I firmly believe he has learn from his mistake.

Sincerely, Carolyn Fleming.