DEFENDANT'S EXHIBIT 3

Nov 12, 2025

My Name is Barbara Jones I'm a Retired Medication Aide and CNA-certified Nursing assistant though the state of Virginia, I been knowing Mr. Batchelor all his life cause Jean is his Aunt. He's a Caring Loving Guy, always helping others He, a hard worker and a dedicated father to his daughter he love his family I think he would be a good acces to the comunity. I Understand the conviction against Mr. Batchelor I feel if he were given Another chance to the Community I think he would do a Wonderful job. Upon Mr. Batchelor Release I would do my best to Encourage him to be the best he can be and find a good job, get a stable place of his own to live and be a great inspiration to the world and Community he would be a great help to his Uncle Rocky H Jones, who has difficult working on cars he always

be there to help him

Barbara Jones